# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| VIVIAN M. JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 2:18-cv-262-TFM-N |
| | : | |
| GLOBE SPECIALTY METAL, INC., | : | |
| a/k/a FERROGLOBE/GLOBE | : | |
| METALLURGIC, INC., and | : | |
| FERROGLOBE METALURGIC, INC., | : | |
| | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order (Doc. 87) that was entered on August 13, 2019, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall recover nothing by this suit.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 13th day of August 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE